IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

Fort Worth Division

**FILED**
**January 7, 2021**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT   bb

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | )   4:21-CR-005-O |
|  | ) |
| THE BOEING COMPANY, | ) |
|  | ) |
|  | )   <u>Count 1</u>: 18 U.S.C. § 371 |
| Defendant. | ) |

## CRIMINAL INFORMATION

The United States of America charges:

### COUNT ONE
(Conspiracy to Defraud the United States)

1.  From at least in or around November 2016 through at least in or around December 2018, in the Northern District of Texas and elsewhere, the Defendant,

THE BOEING COMPANY,

knowingly and willfully, and with the intent to defraud, conspired and agreed together with others to defraud the United States by impairing, obstructing, defeating, and interfering with, by dishonest means, the lawful function of a United States government agency, to wit, the Federal Aviation Administration Aircraft Evaluation Group ("FAA AEG") within the United States Department of Transportation, in connection with the FAA AEG's evaluation of the Boeing 737 MAX airplane's Maneuvering Characteristics Augmentation System ("MCAS"), including for purposes of the 737 MAX Flight Standardization Board Report ("FSB Report") and the 737 MAX differences-training determination.

1

2. In furtherance of the conspiracy and to effect its objects, in the Northern District of Texas and elsewhere, the Defendant,

THE BOEING COMPANY,

together with others, knowingly committed and caused the commission of the following overt acts, among others:

a. On or about January 17, 2017, an employee of THE BOEING COMPANY emailed an employee of the FAA AEG about the 737 MAX FSB Report, stating in part, "Flight Controls: Delete MCAS, recall we decided we weren't going to cover it [. . .] since it's way outside the normal operating envelope."

b. On or about July 7, 2017, an employee of THE BOEING COMPANY emailed employees of at least two major U.S.-based airline customers, stating in part, "Attached is the final and approved 737 FSB [R]eport which adds the 737 MAX."

(In violation of Title 18, United States Code, Section 371).

DANIEL S. KAHN  
Acting Chief, Fraud Section  
Criminal Division  
United States Department of Justice

By: _____  
Cory E. Jacobs, Trial Attorney  
New York Bar No. 4761953  
cory.jacobs@usdoj.gov

Michael T. O'Neill, Assistant Chief  
New York Bar No. 4689782  
michael.t.oneill@usdoj.gov

Scott Armstrong, Trial Attorney  
D.C. Bar No. 993851  
scott.armstrong@usdoj.gov

United States Department of Justice  
Criminal Division, Fraud Section  
1400 New York Avenue, N.W.  
Washington, D.C. 20005  
202-514-2000

ERIN NEALY COX  
United States Attorney  
Northern District of Texas

By: _____  
Chad E. Meacham, Assistant U.S. Attorney  
Texas Bar No. 00784584  
CMeacham@usa.doj.gov

United States Attorney's Office  
Northern District of Texas  
1100 Commerce Street, 3rd Floor  
Dallas, TX 75242  
214-659-8600