UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 4:21-cr-00005-O-1 |
| ) | |
| THE BOEING COMPANY, ) | |
| ) | |
| *Defendant.* ) | |
| _____ ) | |

**MANFREDI CRIME VICTIMS' FAMILY MEMBERS' <u>NOTICE OF JOINDER</u> TO NOTICE OF NEW DEVELOPMENT RELEVANT TO THE COURT'S DECISION ABOUT WHETHER TO ACCEPT THE PROPOSED BINDING BOEING PLEA AGREEMENT**

| | |
|---|---|
| /s/ Filippo Marchino | /s/ Charles Siegel |
| Filippo Marchino (CA SBN – 256011) | Charles Siegel, Esq. (TX SBN 18341875) |
| *FM@xlawx.com* | siegel@waterskraus.com |
| THE X-LAW GROUP, P.C. | Waters Kraus Paul & Siegel |
| 625 Fair Oaks Ave., Suite 390 | 3141 Hood Street, Suite 700 |
| South Pasadena, CA 91030 | Dallas, Tx 75219 |
| Tel: (213) 599-3380 | Tel: (214) 357-3244 |

*Attorneys for Crime Victims' Family Members
The Estate of ANDREA
MANFREDI, deceased; and LINDA
MANFREDI, MAURIZIO MANFREDI
and SONIA LORENZONI*

## NOTICE OF JOINDER

The Estate of ANDREA MANFREDI, deceased, LINDA MANFREDI, MAURIZIO MANFREDI, and SONIA LORENZONI (collectively, the "Manfredi Family"), in their capacity as Recognized Crime Victims' Family Members, through undersigned counsel, hereby join in all arguments, evidence, and objections set forth in the "Notice Of New Development Relevant To The Court's Decision About Whether To Accept The Proposed Binding Boeing Plea Agreement," filed by Recognized Crime Victims' Family Members Naoise Connolly Ryan, *et al*. on October 10, 2024. Dkt No. 271.

Dated: October 10, 2024

Respectfully submitted,

/s/ Filippo Marchino
Filippo Marchino (CA SBN 256011)
*FM@xlawx.com*
THE X-LAW GROUP, P.C.
625 Fair Oaks Ave., Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380

/s/ Charles Siegel
Charles Siegel, Esq. (TX SBN 18341875)
*siegel@waterskraus.com*
Waters Kraus Paul & Siegel
3141 Hood Street, Suite 700
Dallas, Tx 75219
Tel: (214) 357-3244

*Attorneys for Crime Victims' Family Members*
*The Estate of ANDREA*
*MANFREDI, deceased; and LINDA*
*MANFREDI, MAURIZIO MANFREDI*
*and SONIA LORENZONI.*

1

## CERTIFICATE OF SERVICE

I certify that on October 10, 2024, the foregoing document was served on all parties to the proceedings via the Court's CM/ECF filing system.

          /s/ Filippo Marchino
    FILIPPO MARCHINO, Esq.