# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Criminal Action No. 4:21-cr-5-O |
| § | |
| **THE BOEING COMPANY,** § | |
| § | |
| Defendant. § | |

## ORDER

The Court hereby **VACATES** its April 11, 2025, deadline in its previous Order (ECF No. 292) and instead sets this case for trial on **Monday, June 23, 2025**, at 9:00 am in the Second Floor Courtroom, 501 W. 10th Street, Fort Worth, Texas. A separate Scheduling Order shall issue.

**SO ORDERED** on this **25th day of March, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE