IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 4:21-CR-5-O |
| THE BOEING COMPANY, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

### THE BOEING COMPANY'S RESPONSE IN OPPOSITION TO CERTAIN FAMILIES' MOTION FOR COURT TO SET AN *ELLIS* PLEA DEADLINE

The Boeing Company ("Boeing"), by counsel, respectfully submits this brief response in opposition to the motion filed by certain crash victim families asking the Court to set a May 5, 2025 *Ellis* plea deadline. ECF No. 298; *see* ECF Nos. 299, 300 (joinder motions filed by certain other crash-victim families); *see also* ECF No. 301 (United States of America's ("Government's") opposition to ECF Nos. 298-300 ("Gov't Opp.")). Boeing joins the Government's observation that "the CVRA and case law do not require[] modifying the Court's considered Scheduling Order." *See* Gov't Opp. at 4. Like the Government, Boeing also "appreciates the logistical challenges international travel can present and the desire to know with certainty how and when this case will resolve. . . ." *Id.* But the Court, having considered the matter, has set a trial date of June 23rd, which all parties are on notice of and have been on notice of since March 25th. ECF No. 293. *Ellis* does not support the proposition that the Court is now required, or encouraged, to retroactively modify its own considered Scheduling Order or otherwise impose an artificial deadline on parties' ongoing discussions about a pretrial resolution. Boeing therefore joins the Government in respectfully opposing the motion to set an *Ellis* deadline.

Dated: April 28, 2025                                             Respectfully submitted,

*s/ Mark Filip*                                                                   *s/ Benjamin L. Hatch*
**Mark Filip**                                                                   **Benjamin L. Hatch**
**John Lausch**                                                                **Brandon M. Santos**
**Ralph Dado**                                                                 **Elissa Baur**
KIRKLAND & ELLIS LLP                                         MCGUIRE WOODS LLP
333 West Wolf Point Plaza                                        888 16th Street, N.W., Suite 500
Chicago, Illinois 60654                                              Black Lives Matter Plaza
mark.filip@kirkland.com                                          Washington, D.C. 20006
john.lausch@kirkland.com                                       bhatch@mcguirewoods.com
ralph.dado@kirkland.com                                        bsantos@mcguirewoods.com
                                                                                ebaur@mcguirewoods.com

**Ian Brinton Hatch**
KIRKLAND & ELLIS LLP
4550 Travis Street,
Dallas, TX 75205
ian.hatch@kirkland.com

**Michael P Heiskell**
JOHNSON VAUGHN &
HEISKELL
5601 Bridge St
Suite 220
Fort Worth, TX 76112
mheiskell@johnson-vaughnheiskell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2025, the foregoing was filed with the Clerk of the United States District Court for the Northern District of Texas using the CM/ECF system. The system will serve counsel of record.

*/s/ Mark Filip*
Mark Filip