**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **Criminal Action No. 4:21-cr-5-O** |
| § | |
| **THE BOEING COMPANY,** § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is the Government's Rule 48(a) Motion to Dismiss the Information and Motion to Terminate Pretrial Deadlines and Vacate the Trial Date (ECF No. 312), filed May 29, 2025. The Government and the Parties who have made an appearance are **DIRECTED** to meet and confer and present the Court with a briefing schedule on the Government's Motion (ECF No. 312) by no later than **June 4, 2025**.

**SO ORDERED** on this **29th day** of **May, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE