IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **No. 4:21-CR-5-O** |
| THE BOEING COMPANY, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

**[PROPOSED] ORDER GRANTING JOINT MOTION OF THE PARTIES TO TERMINATE PRETRIAL DEADLINES AND VACATE THE TRIAL DATE**

Having considered the parties' Joint Motion to Terminate Pretrial Deadlines and Vacate the Trial Date, and in light of the filing by the United States of a Motion to Dismiss and the briefing schedule set by the Court on the same (Docket Nos. 312, 315), it is hereby **ORDERED** that:

The current Scheduling Order (Docket No. 294) is **VACATED**. All pretrial deadlines are **CANCELLED**.

The trial currently scheduled to commence on June 23, 2025, is **CANCELLED**.

**SO ORDERED** this _____ day of June, 2025

---

**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**