**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Criminal Action No. 4:21-cr-5-O |
| **THE BOEING COMPANY,** | § § § | |
| Defendant. | § | |

# ORDER

Before the Court is The Boeing Company's Unopposed Motion to Reschedule the Hearing Date for the Government's Rule 48(a) Motion to Dismiss the Information (ECF No. 341), filed July 24, 2025. Noting the Motion is unopposed, the Court hereby **GRANTS** the Motion. Accordingly, the Court **ORDERS** that the in-person hearing is rescheduled to **Wednesday, September 3, 2025**, at **8:30** am to consider the pending Motion to Dismiss. The hearing will convene in the Second Floor Courtroom, **501 W. 10th Street, Fort Worth, Texas**. All other requirements and deadlines in the Court's July 18, 2025, Order (ECF No. 339) remain unchanged.

**SO ORDERED** on this **24th day** of **July, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**